UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RANDY ROGERS AND ERNEST SCAMBLER,

        Plaintiffs,

        v.

BANK OF AMERICA CORPORATION, aka BANK OF AMERICA, N.A.,

        Defendant.

NO. CIV. 2:10-903 WBS KJM

ORDER OF RECUSAL

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in Amstadter v. Bank of America, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.  All dates now pending before this assigned district court judge are hereby vacated.

1

1
2  DATED:   April 20, 2010
3
4  _____
5  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28