Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Randy Rogers and Ernest Scambler<br><br>            Plaintiffs,<br>v.<br><br>Bank of America Corporation, a/k/a Bank of America, N.A.<br><br>            Defendant. | **Case No: 10-CV-00903-MCE-KJM**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**HON. MORRISON C. ENGLAND JR.** |
|---|---|

Having reviewed the parties' Joint Motion For Dismissal, and good cause appearing therefor, said Motion (ECF No. 37) is GRANTED. This entire action is accordingly dismissed with prejudice. The Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

DATE:  March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE